IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATHY HENDERSON, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 3:09-cv-590 |
| vs. | § | |
| | § | |
| REDLINE RECOVERY | § | |
| SERVICES, LLC | § | |
| Defendant | § | |

## SETTLEMENT STATUS REPORT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FOR THE NORTHERN DISTRICT OF TEXAS:

**COMES NOW,** Kathy Henderson, (hereinafter referred to as "Plaintiff"), plaintiff in the above-referenced matter, and Redline Recovery Services, LLC (hereinafter referred to as "Defendant") and herby files its Settlement Status Report, and in support thereof, respectfully shows the court as follows:

1. The parties engaged in settlement negotiations at the onset of the case. Plaintiff's last demand was made on September 28, 2009 and was never responded to. Since that time additional fees and costs have been incurred.

2. Undersigned counsel has made no less than five (5) attempts to contact counsel for the Defendant to schedule a mediation. See attached emails,

showing attempts made on 9/21/09, 10/12,09, 10/26/09 twice on 11/17/09. See attached exhibits A-D.

3. Defense counsel responded once on 11/21/09, advising he would try to have dates that day, and never followed through. See attached exhibit E.

4. In spite of Plaintiff's counsel attempts for two and half months to comply with the courts order directing the parties to mediate, Defense counsel has never meaningfully responded.

Respectfully submitted,
Weisberg & Meyers, LLC

By: __/s/ Susan Landgraf_____
Susan Landgraf, Attorney in Charge
Texas State Bar # 00784702
108 E 46th Street
Austin, TX 78751
Phone: (512) 436-0036 ext. 116
Facsimile: (866) 317-2674

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on December 3, 2009, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court.

/s/ Susan A. Landgraf
SUSAN A. LANDGRAF

## CERTCATE OF CONFERENCE

I certify that a Conference was held with Defense counsel regarding this joint report.

/s/ Susan A. Landgraf
SUSAN A. LANDGRAF