IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KATHY HENDERSON**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:09-CV-0590-L** |
| | § | |
| **REDLINE RECOVERY SERVICES, LLC**, | § | |
| | § | |
| Defendant. | § | |

# JUDGMENT

The court issues this judgment pursuant to Defendant Redline Recovery Services, LLC ("Defendant") offer of judgment in this case and Plaintiff Kathy Henderson's ("Plaintiff") acceptance of the offer.

It is therefore **ordered, adjudged, and decreed** that Plaintiff shall recover from Defendant the amount of one thousand one dollars ($1,001) in statutory damages, plus five hundred dollars ($500) in actual damages. The court further determines that Plaintiff is entitled to reasonable costs and attorney's fees in this case.

**Signed** this 25th day of February, 2010.

_____
Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**