IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KATHY HENDERSON**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:09-CV-0590-L** |
| | § | |
| **REDLINE RECOVERY SERVICES, LLC**, | § | |
| | § | |
| Defendant. | § | |

# **ORDER**

Before the court is Plaintiff's Petition [Motion] for Attorney's Fees and Costs, filed February 12, 2010. After reviewing the motion, exhibits, agreement of the parties, and record, the court **grants** Plaintiff's Petition [Motion] for Attorney's Fees and Costs. Accordingly, the court **awards** Plaintiff Kathy Henderson attorney's fees in the amount of $6,596.50 and costs in the amount of $425.

**It is so ordered** this 25th day of February, 2010.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order – Solo Page