IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **KATHY HENDERSON**, § § Plaintiff, § v. § **REDLINE RECOVERY SERVICES, LLC**, § § Defendant. § | Civil Action No. **3:09-CV-0590-L** |

## ORDER OF DISMISSAL

Before the court is the parties' Joint Motion to Vacate Judgment, Dismiss Fee Petition as Moot, and Dismiss Case With Prejudice (the "Motion"), filed March 25, 2010. The parties have reached a settlement in this case and now request that the court deny all pending motions as moot and vacate its prior judgment. The parties further request that the court vacate the clerk of court's order taxing costs to Defendant in the amount of $425 and that the court dismiss this action with prejudice. After reviewing the Motion, the court finds it to be well taken. Accordingly, the court **grants** the parties' Joint Motion to Vacate Judgment, Dismiss Fee Petition as Moot, and Dismiss Case With Prejudice. The court's February 26, 2010 order and February 25, 2010 judgment are hereby **vacated**. The court also **vacates** the bill of costs, filed March 2, 2010. The court further **denies as moot** Plaintiff's Petition for Attorney's Fees and Costs, filed February 12, 2010. This action is **dismissed with prejudice**.

**It is so ordered** this 26th day of March, 2010.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order of Dismissal – Solo Page**